CMO:lam  9500/11  \DismStip.12.14.16

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF AMERICA : | |
| *Plaintiff* : | |
| : | |
| VS. : | C.A. NO.  1:14-cv-00296-ML-LDA |
| : | |
| HARTFORD FIRE INSURANCE COMPANY (ALIAS), EMPLOYERS MUTUAL CASUALTY COMPANY (ALIAS), GEM PLUMBING & HEATING CO., INC. (ALIAS), JOHN DOE CORP 1 THROUGH 10 JOHN DOE ENTITIES 1 THROUGH 10 AND JOHN AND JANE DOE 1 THROUGH 10 : | |
| *Defendants* : | |

## DISMISSAL STIPULATION

It is agreed by and between the parties that the following entry be made:

All claims and cross-claims of all parties are hereby dismissed with prejudice, with no interest, with each party to bear its own costs and attorney's fees, and with all rights of appeal waived.

| | |
|---|---|
| Defendant, EMPLOYERS MUTUAL CASUALTY COMPANY, By its Attorneys, | Defendant, GEM PLUMBING & HEATING CO., INC. By its Attorneys, |
| **MORRISON MAHONEY LLP** | **DALEY ORTON, LLC** |
| /s/ William A. Schneider | /s/ Christopher M. Orton |
| Clark W. Yudysky, Esq. (#8065) William A. Schneider, *pro hac vice* 10 Weybosset Street, Suite 900 Providence, RI 02903-7141 Tel: (401) 331-4660 cyudysky@morrisonmahoney.com wschneider@morrisonmahoney.com | Christopher M. Orton, Esq. (#4849) 1383 Warwick Avenue Warwick, RI 02888 Tel: (401) 921-5901 Fax: (401) 921-5902 corton@daleyorton.com |

| | |
|---|---|
| Defendant, HARTFORD FIRE INSURANCE COMPANY, <br> By its Attorneys, | Plaintiff, SELECTIVE INSURANCE COMPANY OF AMERICA <br> By its Attorneys, |
| **NIXON PEABODY LLP** | **CARRARA DAYIAN, PC** |
| /s/ Gregory P. Deschenes | /s/ Daryl E. Dayian |
| Jeffrey S. Brenner, Esq. (#4369) <br> Gregory P. Deschenes, *pro hac vice* <br> One Citizens Plaza, Suite 500 <br> Providence, RI 02903 <br> Tel: (401) 454-1042 <br> Fax: (866) 947-0883 <br> *jbrenner@nixonpeabody.com* <br> *gdeschenes@nixonpeabody.com* | Daryl E. Dayian, Esq. (#5023) <br> Three Regency Plaza, Suite 1 <br> Providence, RI  02903 <br> Tel: (401) 621-8000 <br> Fax: (401) 621-8001 <br> *ddayian@carraradayian.com* |

Dated:  December 14, 2016

## CERTIFICATION

I hereby certify that this document, filed through the EFC system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 14, 2016.

*/s/ Lisa A. Murley*